AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

NORMAN LEE MALONE,

        v.        CASE NUMBER: 04-C-592

JANE E. GAMBLE

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that petitioner's requests for a writ of habeas corpus and for an evidentiary hearing are DENIED, and this case is DISMISSED.

September 13, 2005        SOFRON B. NEDILSKY
*Date*        *Clerk*

        *s/Nancy A. Monzingo*
        *(By) Deputy Clerk*